## REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
       District of North Dakota

The Grand Jury, on ____December 13____, 20 12, returned an Indictment against

_____RYAN BURTON LANE_____

charging the following:

21 U.S.C. § 846 - conspiracy to possess with intent to distribute and distribute controlled substances and controlled substance analogues resulting in serious bodily injury and death

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a __Warrant__ directed to the above-named defendant.

[x]  The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

[ ]  The United States recommends that:

   [ ]  bail be set at $ _____

   [ ]  defendant be detained without bail.

COMMENTS:

Dated this 13th day of December, 20 12.

_____
TIMOTHY Q. PURDON
United States Attorney