Case 3:12-cr-001⌴⌴-RRE *SEALED*   Document 9   File⌴ ⌴2/13/12   Page 1 of 2

Local AO 442 (Rev. 10/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RYAN BURTON LANE | ) | Case No.   3:12-cr-119-04 |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                         RYAN BURTON LANE                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and
Controlled Substance Analogues Resulting in Serious Bodily Injury and Death

Date:   12/13/2012                                     */s/ Lori Haberer*
                                                      *Issuing officer's signature*

City and state:   Fargo, ND                 Lori Haberer, Deputy Clerk
                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/14/2012 , and the person was arrested on *(date)*  5/7/2013 at *(city and state)*  Crookston, MN . |
| Date:  5/7/2013                                     *Arresting officer's signature* |
| Jeremy Gruße, HSI SA *Printed name and title* |