IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **I N F O R M A T I O N** |
| | ) | |
| | ) | Case No. 3:12-cr-119-04 |
| v. | ) | |
| | ) | Violation: 21 U.S.C. §§ 802(32), 812, |
| | ) | 813, 841(a)(1), 841(b)(1)(C), and 846; |
| RYAN BURTON LANE | ) | and 18 U.S.C. § 2 |

**Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues**

The Attorney for the United States Charges:

From in or about January 2011 and continuously through the date of this Information, in the Districts of North Dakota, Minnesota, and elsewhere,

RYAN BURTON LANE

did knowingly and intentionally combine, conspire, confederate, and agree together with others, both known and unknown, to possess with intent to distribute and distribute the following controlled substance analogues, as defined in 21 U.S.C. § 802(32), knowing the substances were intended for human consumption as provided in 21 U.S.C. § 813:

    1. N-(2-methoxybenzyl)-4-chloro-2,5-dimethoxyphenethylamine, which is also known as 2C-C-NBOMe or 25C-NBOMe, is a controlled substance analogue of 2,5-Dimethoxy-4-bromophenethylamine, also known as 2C-B, a Schedule I controlled substance;

2. N-(2-methoxybenzyl)-4-iodo-2,5-dimethoxyphenethylamine, which is also known as 2C-I-NBOMe or 25I-NBOMe, is a controlled substance analogue of 2,5-Dimethoxy-4-bromophenethylamine, also known as 2C-B, a Schedule I controlled substance;

3. 4-Chloro-2,5-dimethoxy-amphetamine, which is also known as DOC, is a controlled substance analogue of 2,5-dimethoxy-4-methyl-amphetamine, also known as DOM, a Schedule I controlled substance;

4. 2-(Ethylamino)-2-(3-methoxyphenyl)cyclohexanone, which is also known as MXE or Methoxetamine, is a controlled substance analogue of N-ethyl-1-phenylcyclohexylamine, also known as 3-Eticyclidine or PCE, a Schedule I controlled substance;

5. 1-(1-Bensofuran-6-yl)propan-2-amine, which is also known as 6-APB, is a controlled substance analogue of MDA (3,4-methylenedioxy-amphetamine), a Schedule I controlled substance;

6. 6-(2-Aminopropyl)-2,3-dihydrobenzofuran, which is also known as 6-APDB, is a controlled substance analogue of MDA (3,4-methylenedioxy-amphetamine), a Schedule I controlled substance;

7. 5-(2-Aminopropyl)-2,3-dihydrobenzofuran, which is also known as 5-APDB, is a controlled substance analogue of MDA (3,4-methylenedioxy-amphetamine), a Schedule I controlled substance;

8. 1-(1-Benzofuran-5-yl)propan-2-amine, which is also known as 5-APB, is a controlled substance analogue of MDA (3,4-methylenedioxy-amphetamine), a Schedule I controlled substance;

As part of this conspiracy, the above-named defendant also did knowingly and intentionally combine, conspire, confederate, and agree together with others, both known and unknown, to possess with intent to distribute cocaine, a Schedule II controlled substance; marijuana, a Schedule I controlled substance; ecstacy (3,4-methylenedioxy-methamphetamine - MDMA), a Schedule I controlled substance; MDA (3,4-methylenedioxyamphetamine), a Schedule I controlled substance; 2,5-Dimethoxy-4-bromophenethylamine, also known as 2C-B, a Schedule I controlled substance, and Psilocyn, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 812, 813, 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and others would and did possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-(2-methoxybenzyl)-4-chloro-2,5-dimethoxyphenethylamine, which is also known as 2C-C-NBOMe or 25C-NBOMe, within the states of North Dakota, Minnesota, and elsewhere;

2. It was a part of said conspiracy that the defendant and others would and did possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of N-(2-methoxybenzyl)-4-iodo-2,5-dimethoxyphenethylamine, which is also known as 2C-I-NBOMe or 25I-NBOMe, within the states of North Dakota, Minnesota, and elsewhere;

3. It was a part of said conspiracy that the defendant and others would and did possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of 4-Chloro-2,5-dimethoxy-amphetamine, which is also known as DOC within the states of North Dakota, Minnesota, and elsewhere;

4. It was a part of said conspiracy that the defendant and others would and did possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of marijuana, ecstacy (MDMA), MDA, and Psilocyn, all Schedule I controlled substances, and cocaine, a Schedule II controlled substance, within the states of North Dakota, Minnesota, and elsewhere;

5. It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

6. It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities;

7. It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions; and

8. It was further a part of said conspiracy that the defendant and others would and did distribute controlled substance analogues and controlled substances to juveniles;

In violation of Title 21, United States Code, Section 846; Pinkerton v. United States, 328 U.S. 640 (1946).

for _____, AUSA
TIMOTHY Q. PURDON
United States Attorney

CCM:ld